UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DALE BROPHY,

  Plaintiff,

CASE NO.:  6:17-CV-01951-JA-TBS

-vs-

ALLY FINANCIAL, INC.,

  Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Dale Brophy, and the Defendant, Ally Financial, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 2nd day of March, 2018.

| | |
|---|---|
| */s/Frank H. Kerney, III, Esquire* | */s/Artin Betpera* |
| Frank H. Kerney, III, Esquire | Artin Betpera, Esquire |
| Morgan & Morgan, Tampa, P.A. | Florida Bar #: 0049535 |
| One Tampa City Center | DORSEY & WHITNEY LLP |
| 201 North Franklin Street, 7th Floor | 600 Anton Boulevard, Suite 2000 |
| Tampa, FL 33602 | Costa Mesa, CA 92626 |
| Telephone: (813) 223-5505 | Telephone: (714) 800-1446 |
| Facsimile:  (813) 223-5402 | Facsimile: (714) 800-1499 |
| fkerney@forthepeople.com | su.nicole@dorsey.com |
| jkneeland@forthepeople.com | betpera.artin@dorsey.com |
| snazario@forthepeople.com | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |